

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-29,405-07

**IN RE TUAN VAN LY, Relator**

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 643995 IN THE 228TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed a "Petition for Commutation of Sentence" in the 228th District Court of Harris County, seeking a written recommendation from the trial court pursuant to Section 143.52 of the Texas Administrative Code, but that the trial court has not ruled on his petition. Relator sought relief by way of mandamus in the Fourteenth Court of Appeals, which denied mandamus relief. *In re Tuan Van Ly*, No. 14-18-00453-CR (Tex. App. — Houston [14th Dist.] June 12, 2018) (not designated for publication). Relator now seeks mandamus relief in this Court.

Respondent, the Judge of the 228th District Court of Harris County, shall file a response with this Court by stating whether Relator's petition has been properly filed in the district court, and if so, whether the trial court has ruled on Relator's petition. Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted the appropriate response.

Filed: August 22, 2018
Do not publish